| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: <br> **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known): _____   Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**  
   **Northbelt, LLC**

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  
   4 7 – 1 8 0 2 6 7 8

4. **Debtor's address**

   **Principal place of business**  
   **333 N. Sam Houston Parkway**  
   Number   Street

   **Houston     TX     77040**  
   City         State   ZIP Code

   **Harris**  
   County

   **Mailing address, if different from principal place of business**  
   **3552 Running Tide Circle**  
   Number   Street

   P.O. Box

   **Huntington Beach     CA     92649**  
   City         State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number   Street

   City         State   ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**  
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

Debtor **Northbelt, LLC** _____   Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. Check all that apply:

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

**5 3 1 1**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

Check one:

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.   Check all that apply:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.   District _____   When _____ MM/DD/YYYY   Case number _____
          District _____   When _____ MM/DD/YYYY   Case number _____
          District _____   When _____ MM/DD/YYYY   Case number _____

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 2

Debtor **Northbelt, LLC** _____     Case number (if known) _____

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.  Debtor _____     Relationship _____
         District _____     When _____
                                       MM / DD / YYYY
         Case number, if known _____

         Debtor _____     Relationship _____
         District _____     When _____
                                       MM / DD / YYYY
         Case number, if known _____

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**    _____
                              Number    Street
                              _____
                              _____   _____   _____
                              City              State   ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

## Statistical and adminstrative information

**13.** **Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor **Northbelt, LLC** _____ Case number (if known) _____

| 14. | Estimated number of creditors | ☐ 1-49<br>☑ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|
| 15. | Estimated assets | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☑ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| 16. | Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☑ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **01/28/2019**
MM / DD / YYYY

X **/s/ Donald Testa** _____    **Northbelt, LLC, by its Member The**
Signature of authorized representative of debtor    Printed name

Title **Testa Family Limited Partnership II**, by its General Partner Spectacular Real Estate, LLC by Donald Testa, Member

18. **Signature of attorney**

X **/s/ Joyce Lindauer** _____ Date **01/28/2019**
Signature of attorney for debtor    MM / DD / YYYY

**Joyce Lindauer**
Printed name

**Joyce W. Lindauer Attorney, PLLC**
Firm name

**12720 Hillcrest Road, Suite 625**
Number    Street

**Dallas**            **TX**         **75230**
City              State        ZIP Code

**(972) 503-4033**               **joyce@joycelindauer.com**
Contact phone                  Email address

**21555700**                    **TX**
Bar number                     State

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re  **Northbelt, LLC**                                                                   Case No. _____

                                                                                                           Chapter   **11**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept...............................................Fixed Fee:   **$40,000.00**
   Prior to the filing of this statement I have received.........................................................   **$20,000.00**
   Balance Due........................................................................................................................   **$20,000.00**

2. The source of the compensation paid to me was:
   ☐ Debtor            ☑ Other (specify)
                                    **Donald Testa**

3. The source of compensation to be paid to me is:
   ☑ Debtor            ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **01/28/2019** | **/s/ Joyce Lindauer** | |
|---|---|---|
| *Date* | *Joyce Lindauer* | Bar No.  21555700 |
| | Joyce W. Lindauer Attorney, PLLC | |
| | 12720 Hillcrest Road, Suite 625 | |
| | Dallas, TX 75230 | |
| | Phone: (972) 503-4033 / Fax: (972) 503-4034 | |

  **/s/ Donald Testa**
***Northbelt, LLC, by its Member The***
***Testa Family Limited Partnership II***
 by its General Partner Spectacular Real Estate, LLC
by Donald Testa, Member

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Northbelt, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Primary Lending, LLC c/o Eric D. Nielsen The Nielsen Law Firm 9800 Northwest Freeway, Suite 314 Houston, TX 77092 | | Business Debt | Contingent Unliquidated Disputed | | | $400,000.00 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Northbelt, LLC**                                    CASE NO

                                                               CHAPTER   **11**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  1/28/2019                              Signature  /s/ Donald Testa
                                             **Northbelt, LLC, by its Member The**
                                             **Testa Family Limited Partnership II**
                                             by its General Partner Spectacular Real Estate, LLC by Donald Testa, Member

Date  _____                 Signature  _____

Access & Entry
Attn: Darren Garner
21219 Branchport Drive
Houston, TX 77095

Acme Architectural Hardware
PO Box 925566
Houston, TX 77292

Aldine Independent School District
14909 Aldine Westfield Road
Houston, TX 77032

Always In Season Decorating Services Inc
PO Box 271502
Houston, TX 77277-1502

Aquatrol Services Inc.
Attn: Cathy Mallette
28907 Diamod Creek Drive
Magnolia, TX 77355

Armadillo Glass Inc.
9227 Ronda Lane
Houston, TX 77074

Attorney General of Texas
Bankruptcy Division
P O Box 12548
Austin, TX 78711-2548

Basic Builders Inc.
10118 Talley Lane
Houston, TX 77041

Belvoir Asset Management
15835 Park Ten Place, Suite 150
Houston, TX 77084

Blackstone Security Services of Texas
2400 West Dunlap Avenue, Suite 225
Phoenix, AZ 85021


Capital Fire
PO Box 422156
Houston, TX 77242-4356


Champions Energy
PO Box 4190
Houston, TX 77210-4190


Cintas Corporation #082
PO Box 650838
Dallas, TX 75265-0838


City of Houston
Solid Waste Management
PO Box 1562
Houston, TX 77251-1562


City of Houston - Utility
PO Box 1560
Houston, TX 77251-1560


City of Houston Fire Department
PO Box 3625
Houston, TX 77253-3625


Classic Protection
1648 W. Sam Houston Parkway, North
Houston, TX 77043


Collins Design Group
14811 St. Marys Lane, Suite 170
Houston, TX 77079

Comcast 0729
PO Box 660618
Dallas, TX 75266-0618


Comcast 1664
PO Box 660618
Dallas, TX 75266-0618


Comptroller of Public Accounts
Revenue Accounting Division
Bankruptcy Section
PO Box 13528
Austin, TX 78711-0000

Door Automation Inc.
PO Box 1349
Van, TX 75790


Elevator Transportation Services Inc
PO Box 1543
Pasadena, TX 77501-1543


Elite Window Coverings
870 S. Mason Rd., Suite 140
Katy, TX 77450


Environmental Coalition
PO Box 1568
Stafford, TX 77497-1568


Gemini Plumbing Inc.
6989 W. Little York Road, Suite S
Houston, TX 77040


Grainger
Dept. 886017733
PO Box 419267
Kansas City, MO 64141-6267

```
Greenbriar North Association
PO Box 291
Richmond, TX 77046




Greenbriar North Association
c/o Bank Lockbox
PO Box 219
Richmond, TX 77406-0006




Har-Con Mechanical Contractors LLC
9009 West Little York
Houston, TX 77040




Harris County Tax Assessor Collector
PO Box 3547
Houston, TX 77253-3547




HD Supply Facilities Maintenance Ltd.
PO Box 509058
San Diego, CA 92150-9058




Kastle Systems
PO Box 75160
Baltimore, MD 21275




Kronbergs Flags & Flagpoles
7106 Mapleridge Street
Houston, TX 77081




Leslie Brew
13903 Elmpark Court
Houston, TX 77014




Logix
PO Box 734120
Dallas, TX 75373-4120
```

MLN Service Company
3931 Ann Arbor Drive
Houston, TX 77063


Mustang Cat
PO Box 4346, Dept. 144
Houston, TX 77210-4346


My Office Products
PO Box 32192
New York, NY 10087-2192


North Houston District - Greenspoint
Collector of Assessments
PO Box 672346
Houston, TX 77267-2346


Omar Castelan
1800 Barker Cypress, Apt. 535
Houston, TX 77084


Partners Electrical Services
7303 Windfern, Suite 200
Houston, TX 77040


Pearl's Master Flooring Inc.
5432 Darling Street
Houston, TX 77007


PJS of Houston Inc.
PO Box 4346, Dept. 195
Houston, TX 77210-4346


Primary Lending, LLC
c/o Eric D. Nielsen
The Nielsen Law Firm
9800 Northwest Freeway, Suite 314
Houston, TX 77092

```
Pritchard Industries Inc.
4040 Directors Row
Houston, TX 77092


Pyrotex Systems Inc.
PO Box 1639
Alvin, TX 77512


RH Communications
PO Box 1535
Humble, TX 77347


Robert L. Knebel, Jr.
Fernandez LLP
2515 McKinney Avenue, Suite 920
Dallas, TX 75201


Royal Services Co LLC
8010 Breen Drive
Houston, TX 77064


Signarama
2810 Murphy Road
Stafford, TX 77477


Spectacular Real Estate LLC
3552 Running Tide Circle
Huntington Beach, CA 92649-2514


Suncoast Resources
6405 Cavalcade, Bldg. 1
Houston, TX 77026


TD Industries
13850 Diplomat Drive
Dallas, TX 75234
```

TD Industries
PO Box 300008
Dallas, TX 75303-0008


Texas Workforce Commission
101 E. 15th Street, Room 354
Austin, TX 78778-0001


The Locksmith Company
8544 West Bellfort St.
PO Box 709
Houston, TX 77071


Ultra Building Services
10501 Corporate Drive
Stafford, TX 77477


Van Sant Landscape Management
PO Box 55181
Houston, TX 77255-5181


Waste Management
Houston Metro
PO Box 660345
Dallas, TX 75266-0345


Wells Fargo Wholesale Lockbox
1525 West WT Harris Blvd.
2C2, Lockbox 60253
Charlotte, NC 28262


Wilmington Trust, N.A., as Trustee
c/o Christopher A. Brown
K & L Gates, LLP
1717 Main Street, Suite 2800
Dallas, TX 75201