IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| NORTHBELT, LLC, | § | CASE NO. 19-30388 |
| | § | Chapter 11 |
| Debtor. | § | |

## SECURED LENDER'S WITNESS AND EXHIBIT LIST

Wilmington Trust, N.A., as Trustee for Morgan Stanley Bank of America Merrill Lynch Trust 2014-C19, Commercial Mortgage Pass Through Certificates, Series 2014-C19 (the "**Secured Lender**") submits the following Witness and Exhibit List for the confirmation hearing scheduled on August 12, 2019.

### Witnesses

At the hearing, Secured Lender may call the following persons to testify as witnesses:

1. Donald Testa (fact witness)

2. W. Pat Grimes, Property Manager of 333 North Sam Houston Parkway (fact witness)

3. Any witness designated by any other party.

1

303638044 v2

**Exhibits**

At the hearing, Secured Lender may present one or more of the following exhibits:

| Exhibit No. | Description | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Docket Sheet | | | | |
| 2 | Debtor's First Amended Plan of Reorganization Dated June 13, 2019 [Docket No. 88] | | | | |
| 3 | Debtor's First Amended Disclosure Statement Dated June 13, 2019 [Docket No. 89] | | | | |
| 4 | Email from Pat Grimes to Liz Boydston dated July 11, 2019 attached Debtor's Rent Roll as of June 30, 2019 and Stacking Plan. | | | | |
| 5 | Claims Register | | | | |
| 6 | Proof of Claim No. 5 filed by Wilmington Trust, N.A. as Trustee for Morgan Stanley Bank of America Merrill Lynch Trust 2014-C19, Commercial Mortgage Pass Through Certificates, Series 2014-C19 | | | | |
| 7 | Schedule of Assets and Liabilities [Docket No. 34] | | | | |
| 8 | Monthly Operating Reports [Docket Nos. 48, 50, and 86] | | | | |

3

| Exhibit No. | Description | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|
| 9 | Email from Pat Grimes to Liz Boydston dated August 8, 2019 attached Debtor's Rent Roll as of August 1, 2019 and Stacking Plan. | | | | |
| 10 | Any exhibits identified by any other party. | | | | |

Secured Lender reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and reserves the right to call additional witnesses and introduce additional exhibits in rebuttal. Secured Lender further reserves the right to supplement this list prior to the hearing.

**DATED** this 8th day of August, 2019.

                Respectfully submitted,

                **K&L GATES LLP**

                By:   */s/Liz Boydston*
                Liz Boydston, SBN 24053684
                liz.boydston@klgates.com
                1000 Main Street, Suite 2550
                Houston, Texas 77002
                Tel: 713.815.7339
                Fax: 713.815.7301

                        -and-

                Christopher Fernandez, (*admitted pro hac vice*)
                NC Bar No. 27818
                chris.fernandez@klgates.com
                214 N. Tryon Street
                Charlotte, NC  28202
                Phone: 704-331-7508
                Fax: 704-331-7598

                chris.fernandez@klgates.com
                ATTORNEYS FOR THE SECURED CREDITOR, WILMINGTON TRUST, N.A., AS TRUSTEE FOR MORGAN STANLEY BANK OF AMERICA MERRILL LYNCH TRUST 2014-C19, COMMERCIAL MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2014-C19

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 8, 2019, a true and correct copy of the foregoing document was served via the Court's electronic noticing system to all those who have consented to service and to Debtor's counsel via electronic mail.

                                            */s/Liz Boydston*