## Exhibit A

**Declaration of Jonathan Stanton**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| NORTHBELT, LLC, | § | CASE NO. 19-30388 |
| | § | Chapter 11 |
| Debtor. | § | |

**DECLARATION OF JONATHAN STANTON
IN SUPPORT OF SECURED LENDER'S
RESPONSE TO DEBTOR'S CLAIM OBJECTION**

I, Jonathan Stanton, pursuant to section 1746 of title 28 of the United States Code, hereby declare that the following is true to the best of my knowledge, information, and belief:

1. I am employed as an Asset Manager by Rialto Capital Advisors, LLC (**"Rialto"**). Rialto is the Special Servicer and attorney in fact for the **"Secured Lender,"** Wilmington Trust, National Association, as Trustee for Morgan Stanley Bank of America Merrill Lynch Trust 2014-C19, Commercial Mortgage Pass-Through Certificates, Series 2014-C19.

2. I submit this Declaration in support of *Secured Lender's Response to Debtor's Claim Objection* (the **"Response"**) and the proof of claim filed by the Secured Lender in the above-captioned bankruptcy case, registered as Claim No. 5-1 (the **"Claim"**).

3. The Secured Lender is the holder by assignment from Bank of America, N.A. (**"Original Lender"**) of that certain loan (the **"Loan"**) evidenced by the following documents, each dated as of September 19, 2014: (i) that certain Promissory Note in the original principal amount of $13,500,000 executed and delivered by Northbelt, LLC (the **"Debtor"**) to Original Lender, (ii) that certain Loan Agreement (the **"Loan Agreement"**)[1] by and between Debtor and Original Lender, and (iii) that certain Deed of Trust, Assignment of Leases and Rents, and

---

[1] Capitalized terms not defined herein shall have the meanings set forth in the Loan Agreement.

Security Agreement (the **"Deed of Trust"**) executed and delivered by Debtor to the trustee named therein for the benefit of Original Lender.

4. The Secured Lender has authorized Rialto to make, keep, and maintain records of the acts, events, conditions, and opinions relating to the Loan.

5. As an Asset Manager of Rialto, I am a custodian of the records Rialto maintains in connection with the Loan. By virtue of my duties and responsibilities, I am familiar with the manner in which Rialto's records are created and maintained.

6. Except as otherwise noted, I have personal knowledge of the facts set forth in this Declaration.

### A. Pre-Petition Defaults under the Loan Documents

7. Debtor has continuously been in default under the Loan Documents since August 1, 2017 (the "Default Date"). This initial Event of Default occurred when Debtor failed to deposit Excess Cash into the Excess Cash Reserve Account and failed to establish a Deposit Account or otherwise comply with the parties' Cash Management Agreement following the commencement of a Cash Sweep Period. Debtor's failure to comply with cash management protocols set forth in Article 10 of the Loan Agreement and to cause the deposit of Excess Cash on each Payment Date Section constituted Events of Default pursuant to Sections 11.1(a), (n) and (o) of the Loan Agreement.

8. In addition to the Events of Default related to cash management, Debtor has failed to (i) timely pay trade and operational indebtedness (a breach of Section 6.1(a)(vii) of the Loan Agreement constituting an Event of Default under Section 11.1(d) of the Loan Agreement), (ii) discharge various tax and mechanic's liens recorded against the Property (an Event of Default

2

under Section 11.1(i) of the Loan Agreement, and (iii) maintain and repair equipment (a breach of Section 5.2 of the Loan Agreement, constituting an Event of Default under Section 11.1(o)).

9. Each Event of Default is described the Notices of Default delivered to Debtor prior to the Petition Date. These Notices are attached to the Claim.

10. On December 13, 2018, the Secured Lender accelerated the Loan, such that the entire Debt became immediately due and payable.

### B. Calculation of the Claim

11. As of January 28, 2019 (the "Petition Date"), the contractual monthly payment on the Loan is $128,604.51, consisting of a principal and interest payment of $72,768.23, tax escrow of $30,300.68, insurance escrow of $11,188.99, and reserves of $14,346.61.

12. The contractual non-default interest rate on the Loan is 5.036%.

13. The Claim is calculated as follows:

   a. Principal. The principal balance of the Loan on the Petition Date was $12,632,574.14, as reflected in the Prepetition Loan History attached hereto as Exhibit A.

   b. Interest. The January 2019 contractual payment was outstanding as of the Petition Date. The Claim asserts $54,782.86 in contractual interest, which is the non-default interest component of the January 2019, as reflected in the Prepetition Loan History.

   c. Late Charge. Because Debtor was more than five (5) days delinquent on the January 2019 payment, the Secured Lender assessed a late charge of $5,144.18. The late charge was assessed on January 7, 2019 and calculated using the formula set forth in Section 2.5(e) of the Loan Agreement: 4% of the monthly payment of $128,604.51.

   d. Default Interest. Beginning on the Default Date (August 1, 2017) and continuing to the Petition Date, the Secured Lender computed interest on the outstanding principal balance of the Loan at the Default Rate of 4%. In accordance with Section 2.4(c) of the Loan Agreement, interest accrual is computed based on the daily rate produced assuming a three hundred sixty (360) day year, multiplied by the actual number of days elapsed during each month in a given calculation period, resulting in an effective Default Rate of

3

4.055% per annum. Interest at the default rate, as specified in Section 2.4(b) of the Loan Agreement, was added to the Debt and accrued interest at the same rate as the Loan. The Default Interest calculation is set forth in <u>Exhibit B</u>.

e. <u>Default Prepayment Premium</u>. On December 13, 2018, the Secured Lender exercised its right to accelerate the Debt by declaring the Debt to be immediately due and payable. Subsequent to acceleration, Debtor tendered a monthly payment on January 14, 2019. This transaction is reflected in the Prepetition Loan History. This post-acceleration payment triggered the Default Prepayment Premium, which became immediately due and payable pursuant to Section 2.6(c) of the Loan Agreement. The Default Prepayment Premium compensates the Secured Lender for the loss of the future payments it would have received on the Loan had Debtor continued to make all contractual payments through maturity. The Default Prepayment Premium is the greater of (A) five percent (5%) of the portion of the principal balance of the Debt, and (B) the amount which, when added to the principal balance of the Debt, will be sufficient to purchase Defeasance Collateral. The Default Prepayment Premium is set forth on <u>Exhibit C</u>.

f. <u>Special Servicing Fees</u>. The Secured Lender calculated Special Servicing Fees on a monthly basis at a rate of 0.25% per annum of the principal balance of the Loan, from and after September 13, 2018 through the Petition Date as follows:

| **Calculation Period** | **Principal Balance** | **Fee** |
|---|---|---|
| 9/13 - 10/1 | $12,707,265 | $1,588.41 |
| 10/1 - 11/1 | $12,687,825 | $2,731.41 |
| 11/1 - 12/1 | $12,670,078 | $2,639.60 |
| 12/1 - 1/1 | $12,650,482 | $2,723.37 |
| 1/1 - 1/28 | $12,632,574 | $2,368.61 |
| Total | | $12,051.39 |

g. <u>Payoff Fee</u>. The Payoff Fee is a flat $500 fee per payoff calculation that is industry standard and compensates the Secured Lender's servicer for making such calculation. One payoff was requested in connection with the state law action specified in Exhibit 1 to the Claim. A second payoff was requested in connection with the Claim.

h. <u>Property Protection Advances</u>. Following the Default Date, the Secured Lender expended its own funds ensuring the protection of the Property and advanced legal fees actually incurred in the amount of $25,165.06 on December 31, 2018, which transaction is reflected on the Prepetition Loan History. This advance incurred interest at the Prime Rate as published in the

4

"Money Rates" section of The Wall Street Journal from time to time, which at the time was 5.5%. Interest on Advances totaled $122.44.

i. <u>Liquidation Fee</u>. The Secured Lender calculated the Liquidation Fee as the product of 1% and the total amount being prepaid (less the Liquidation Fee) which is $151,412.97 or [($15,292,710.02 - $151,412.97) * 1% = $151,412.97].

I declare under penalty of perjury that the statements contained herein are within my personal knowledge and are true and correct.

Executed this 30th day of August 2019.

Jonathan Stanton

**<u>Exhibit A</u>**

**Prepetition Loan History**

```
MB564                                          WELLS FARGO BANK, N.A.                                                    2/25/19 Monday
                                                ACCOUNT STATE SUMMARY                                                    1:51 A.M.
                                                FOR  8/01/17 TO  1/28/19

LOAN NO: 30-0801174  BORROWER                        ORIG.LOAN:      13,500,000.00  CUR. BAL        12,614,587.77  CUR. DFLT INT BAL         .00
                     NORTHBELT LLC                                                  BEG   9/14      DIAL BALANCE              .00    DFLT INT RATE*       4.00000%
TYPE- F              C/O RIALTO CAPITAL ADVISORS, LLC                               TERM 10 YRS 0MOS.  INTEREST*       5.03600%  DFLT INT RATE @ MATURE  4.00000%
FREQ- M001           ATTN: NIRAL SHAH/DIRECTOR CMBS SPECIAL SERVICING               END  10/24       DIAL RATE*           .00000  NEXT PAYMENT DUE DATE   3/01/2019
                     790 NW 107TH AVENUE, 4TH FLOOR
                     MIAMI, FL 33172
```

| DATE | TRANSACTION | PD FOR AMOUNT | CK# PRINCIPAL | GROSS INT | MORTGAGE I | TAX | INSURANCE | RESERVES | MISC | MISC. FEES | SUSPENSE | LATE CHRG | BUY DOWN AMOUNT | PRINCIPAL BAL | G/L CD | EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ---- | BEGIN BALANCES | | | | | 253481.12 | 195488.03 | 626608.27 | | 530.00 | | | | 12942272.11 | | |
| 8/01/17 | INT ON ESC | 8.41 | | | | | | 8.41 | | | | | | 12942272.11 | | |
| 8/01/17 | INT ON ESC | 6.20 | | | | | | 6.20 | | | | | | 12942272.11 | | |
| 8/01/17 | INT ON ESC | 1.24 | | | | | | 1.24 | | | | | | 12942272.11 | | |
| 8/31/17 | PMT REC'D 9/17 | 139364.51 | 16643.35- | 56124.88 | | 31685.14 | 10147.86 | 24763.28 | | | | | | 12925628.76 | | 8/31/2017 |
| 9/01/17 | INT ON ESC | 8.69 | | | | | | 8.69 | | | | | | 12925628.76 | | |
| 9/01/17 | INT ON ESC | 6.21 | | | | | | 6.21 | | | | | | 12925628.76 | | |
| 9/01/17 | INT ON ESC | 1.24 | | | | | | 1.24 | | | | | | 12925628.76 | | |
| 9/28/17 | PMT REC'D 10/17 | 139364.51 | 18523.67- | 54244.56 | | 31685.14 | 10147.86 | 24763.28 | | | | | | 12907105.09 | | 9/28/2017 |
| 10/01/17 | INT ON ESC | 8.76 | | | | | | 8.76 | | | | | | 12907105.09 | | |
| 10/01/17 | INT ON ESC | 6.33 | | | | | | 6.33 | | | | | | 12907105.09 | | |
| 10/01/17 | INT ON ESC | 1.20 | | | | | | 1.20 | | | | | | 12907105.09 | | |
| 10/24/17 | ANNUAL PRE | 127874.02 | 3711880 | | | | 127874.02- | | | | | | | 12907105.09 | | 10/24/2017 |
| 10/30/17 | PMT REC'D 11/17 | 139364.51 | 16795.85- | 55972.38 | | 31685.14 | 10147.86 | 24763.28 | | | | | | 12890309.24 | | 10/30/2017 |
| 11/01/17 | INT ON ESC | 9.63 | | | | | | 9.63 | | | | | | 12890309.24 | | |

```
LOAN NO: 30-0801174  BORROWER                                 ORIG.LOAN:        13,500,000.00  CUR. BAL           12,614,587.77   CUR. DFLT INT BAL              .00
                     NORTHBELT LLC                            BEG   9/14        DIAL BALANCE             .00      DFLT INT RATE*               4.00000%
TYPE- F              C/O RIALTO CAPITAL ADVISORS, LLC         TERM 10 YRS 0MOS. INTEREST*          5.03600%       DFLT INT RATE @ MATURE       4.00000%
FREQ- M001           ATTN: NIRAL SHAH/DIRECTOR CMBS SPECIAL SERVICING   END 10/24   DIAL RATE*       .00000       NEXT PAYMENT DUE DATE        3/01/2019
                     790 NW 107TH AVENUE, 4TH FLOOR
                     MIAMI, FL 33172


DATE    TRANSACTION     PD FOR          CK#
                        AMOUNT          PRINCIPAL    GROSS INT      MORTGAGE I     TAX          INSURANCE    RESERVES      MISC         MISC.         SUSPENSE    LATE CHRG    BUY DOWN      PRINCIPAL    G/L EFFECTIVE
                                                                                                                                        FEES                                   AMOUNT        BAL          CD   DATE
-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------

11/01/17     INT ON ESC
                6.84                                                                                          6.84                                                                           12890309.24

11/01/17     INT ON ESC
                1.24                                                                                          1.24                                                                           12890309.24

11/29/17     PMT REC'D 12/17
            139364.51          18671.90-    54096.33                 31685.14       10147.86                 24763.28                                                                        12871637.34    11/29/2017

12/01/17     INT ON ESC
                9.62                                                                                          9.62                                                                           12871637.34

12/01/17     INT ON ESC
                6.92                                                                                          6.92                                                                           12871637.34

12/01/17     INT ON ESC
                1.20                                                                                          1.20                                                                           12871637.34

12/19/17     TAX DISB
            160249.70                                                160249.70-                                                                                                              12871637.34

12/21/17     TAX DISB
            165828.43                                                165828.43-                                                                                                              12871637.34

12/22/17     TAX DISB
             20214.97                                                 20214.97-                                                                                                              12871637.34

12/28/17     PMT REC'D  1/18
            139364.51          16949.66-    55818.57                 31685.14       10147.86                 24763.28                                                                        12854687.68    12/28/2017

 1/01/18     INT ON ESC
               10.27                                                                                         10.27                                                                           12854687.68

 1/01/18     INT ON ESC
                7.48                                                                                          7.48                                                                           12854687.68

 1/01/18     INT ON ESC
                1.24                                                                                          1.24                                                                           12854687.68

 1/30/18     PMT REC'D  2/18
            139364.51          17023.16-    55745.07                 31685.14       10147.86                 24763.28                                                                        12837664.52     1/30/2018

 2/01/18     INT ON ESC
               10.56                                                                                         10.56                                                                           12837664.52
```

```
LOAN NO: 30-0801174   BORROWER                              ORIG.LOAN:     13,500,000.00  CUR. BAL        12,614,587.77  CUR. DFLT INT BAL         .00
                      NORTHBELT LLC                                        BEG   9/14     DIAL BALANCE             .00   DFLT INT RATE*       4.00000%
TYPE- F               C/O RIALTO CAPITAL ADVISORS, LLC                     TERM 10 YRS 0MOS.  INTEREST*       5.03600%   DFLT INT RATE @ MATURE 4.00000%
FREQ- M001            ATTN: NIRAL SHAH/DIRECTOR CMBS SPECIAL SERVICING     END  10/24    DIAL RATE*          .00000   NEXT PAYMENT DUE DATE   3/01/2019
                      790 NW 107TH AVENUE, 4TH FLOOR
                      MIAMI, FL 33172
```

| DATE | TRANSACTION | PD FOR AMOUNT | CK# PRINCIPAL | GROSS INT | MORTGAGE I | TAX | INSURANCE | RESERVES | MISC | MISC. FEES | SUSPENSE | LATE CHRG | BUY DOWN AMOUNT | PRINCIPAL BAL | G/L CD | EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/01/18 | INT ON ESC | 7.77 | | | | | | 7.77 | | | | | | 12837664.52 | | |
| 2/01/18 | INT ON ESC | 1.24 | | | | | | 1.24 | | | | | | 12837664.52 | | |
| 2/27/18 | PMT REC'D  3/18 | 139364.51 | 22484.52- | 50283.71 | | 31685.14 | 10147.86 | 24763.28 | | | | | | 12815180.00 | | 2/27/2018 |
| 2/27/18 | SUSPENSEPMT | 500.00 | | | | | | | | | 500.00 | | | 12815180.00 | | 2/27/2018 |
| 2/28/18 | MSC AMT PMT | 250.00 | | | | | | | | 250.00 | | | | 12815180.00 | | 2/28/2018 |
| 2/28/18 | SUSPENSE DR | 250.00 | | | | | | | | | 250.00- | | | 12815180.00 | | |
| 2/28/18 | MSC AMT PMT | 250.00 | | | | | | | | 250.00 | | | | 12815180.00 | | 2/28/2018 |
| 2/28/18 | SUSPENSE DR | 250.00 | | | | | | | | | 250.00- | | | 12815180.00 | | |
| 3/01/18 | INT ON ESC | 9.84 | | | | | | 9.84 | | | | | | 12815180.00 | | |
| 3/01/18 | INT ON ESC | 7.30 | | | | | | 7.30 | | | | | | 12815180.00 | | |
| 3/01/18 | INT ON ESC | 1.12 | | | | | | 1.12 | | | | | | 12815180.00 | | |
| 3/26/18 | MSC EXP | 250.00 | | | | | | | | 250.00- | | | | 12815180.00 | | |
| 3/28/18 | SUSPENSEPMT | 139521.18 | | | | | | | | | 139521.18 | | | 12815180.00 | | 3/28/2018 |
| 4/01/18 | INT ON ESC | 11.47 | | | | | | 11.47 | | | | | | 12815180.00 | | |
| 4/01/18 | INT ON ESC | 8.37 | | | | | | 8.37 | | | | | | 12815180.00 | | |

```
LOAN NO: 30-0801174   BORROWER                                ORIG.LOAN:      13,500,000.00  CUR. BAL       12,614,587.77   CUR. DFLT INT BAL            .00
                      NORTHBELT LLC                                           BEG   9/14     DIAL BALANCE            .00    DFLT INT RATE*          4.00000%
TYPE- F               C/O RIALTO CAPITAL ADVISORS, LLC                        TERM 10 YRS 0MOS.  INTEREST*       5.03600%   DFLT INT RATE @ MATURE  4.00000%
FREQ- M001            ATTN: NIRAL SHAH/DIRECTOR CMBS SPECIAL SERVICING        END  10/24    DIAL RATE*          .00000    NEXT PAYMENT DUE DATE    3/01/2019
                      790 NW 107TH AVENUE, 4TH FLOOR
                      MIAMI, FL 33172
```

| DATE | TRANSACTION | PD FOR AMOUNT | CK# PRINCIPAL | GROSS INT | MORTGAGE I | TAX | INSURANCE | RESERVES | MISC | MISC. FEES | SUSPENSE | LATE CHRG | BUY DOWN AMOUNT | PRINCIPAL BAL | G/L CD | EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/01/18 | INT ON ESC | 1.24 | | | | | | 1.24 | | | | | | 12815180.00 | | |
| 4/04/18 | MSC AMT PMT | 500.00 | 2807 | | | | | | | | 500.00 | | | 12815180.00 | | 4/04/2018 |
| 4/04/18 | SUSPENSEPMT | 500.00 | 2807 | | | | | | | | 500.00 | | | 12815180.00 | | |
| 4/05/18 | L/C ASSESS 4/18 | 5560.85 | | | | | | | | | | 5560.85 | | 12815180.00 | | |
| 4/06/18 | PMT REC'D 4/18 | 139021.18 | 17194.49- | 55573.74 | | 30300.68 | 11188.99 | 24763.28 | | | | | | 12797985.51 | | 3/28/2018 |
| 4/06/18 | SUSPENSE DR | 139021.18 | | | | | | | | | 139021.18- | | | 12797985.51 | | |
| 4/06/18 | L/C WAIVED | 5560.85 | | | | | | | | | | 5560.85- | | 12797985.51 | | |
| 4/16/18 | **-REBATE | 1000.00 | 3735467 | | | | | | | | 1000.00- | | | 12797985.51 | | |
| 4/19/18 | SUSPENSEPMT | 5000.00 | | | | | | | | | 5000.00 | | | 12797985.51 | | |
| 4/20/18 | RESERVE PMT | 5000.00 | | | | | | 5000.00 | | | | | | 12797985.51 | | 4/20/2018 |
| 4/20/18 | SUSPENSE DR | 5000.00 | | | | | | | | | 5000.00- | | | 12797985.51 | | |
| 4/27/18 | SUSPENSEPMT | 114257.90 | | | | | | | | | 114257.90 | | | 12797985.51 | | 4/27/2018 |
| 5/01/18 | INT ON ESC | 11.35 | | | | | | 11.35 | | | | | | 12797985.51 | | |
| 5/01/18 | INT ON ESC | 8.10 | | | | | | 8.10 | | | | | | 12797985.51 | | |
| 5/01/18 | INT ON ESC | 1.20 | | | | | | 1.20 | | | | | | 12797985.51 | | |

```
LOAN NO: 30-0801174  BORROWER                               ORIG.LOAN:       13,500,000.00  CUR. BAL          12,614,587.77   CUR. DFLT INT BAL          .00
                     NORTHBELT LLC                                           BEG   9/14     DIAL BALANCE                .00   DFLT INT RATE*        4.00000%
TYPE- F              C/O RIALTO CAPITAL ADVISORS, LLC                        TERM 10 YRS 0MOS.  INTEREST*          5.03600%   DFLT INT RATE @ MATURE 4.00000%
FREQ- M001           ATTN: NIRAL SHAH/DIRECTOR CMBS SPECIAL SERVICING        END  10/24     DIAL RATE*             .00000    NEXT PAYMENT DUE DATE  3/01/2019
                     790 NW 107TH AVENUE, 4TH FLOOR
                     MIAMI, FL 33172


DATE    TRANSACTION     PD FOR          CK#
                        AMOUNT          PRINCIPAL     GROSS INT     MORTGAGE I    TAX           INSURANCE     RESERVES      MISC          MISC.         SUSPENSE      LATE CHRG     BUY DOWN      PRINCIPAL     G/L EFFECTIVE
                                                                                                                                          FEES                                     AMOUNT        BAL           CD  DATE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


5/07/18     L/C ASSESS  5/18
                        5560.85                                                                                                                                      5560.85                    12797985.51

5/31/18     SUSPENSEPMT
                        24763.28                                                                                                                          24763.28                              12797985.51    5/30/2018

5/31/18     PMT REC'D   5/18
                        139021.18       19059.35-     53708.88                   30300.68       11188.99      24763.28                                                                          12778926.16    5/30/2018

5/31/18     SUSPENSE DR
                        139021.18                                                                                                                         139021.18-                            12778926.16

5/31/18     PMT REC'D   6/18
                        139021.18       17351.71-     55416.52                   30300.68       11188.99      24763.28                                                                          12761574.45    5/30/2018

5/31/18     L/C PAYMENT
                        5560.85                                                                                                                                      5560.85-                   12761574.45    5/30/2018

6/01/18     INT ON ESC
                        11.80                                                                                  11.80                                                                            12761574.45

6/01/18     INT ON ESC
                        8.39                                                                                   8.39                                                                             12761574.45

6/01/18     INT ON ESC
                        1.24                                                                                   1.24                                                                             12761574.45

6/27/18     PMT REC'D   7/18
                        139021.18       19212.16-     53556.07                   30300.68       11188.99      24763.28                                                                          12742362.29    6/27/2018

7/01/18     INT ON ESC
                        12.04                                                                                  12.04                                                                            12742362.29

7/01/18     INT ON ESC
                        8.74                                                                                   8.74                                                                             12742362.29

7/01/18     INT ON ESC
                        1.20                                                                                   1.20                                                                             12742362.29

7/27/18     PMT REC'D   8/18
                        139021.18       17510.27-     55257.96                   30300.68       11188.99      24763.28                                                                          12724852.02    7/26/2018

8/01/18     INT ON ESC
                        12.81                                                                                  12.81                                                                            12724852.02
```

```
LOAN NO: 30-0801174  BORROWER                             ORIG.LOAN:       13,500,000.00  CUR. BAL        12,614,587.77   CUR. DFLT INT BAL              .00
                     NORTHBELT LLC                                     BEG  9/14          DIAL BALANCE              .00   DFLT INT RATE*           4.00000%
TYPE- F              C/O RIALTO CAPITAL ADVISORS, LLC                  TERM 10 YRS 0MOS.  INTEREST*            5.03600%   DFLT INT RATE @ MATURE   4.00000%
FREQ- M001           ATTN: NIRAL SHAH/DIRECTOR CMBS SPECIAL SERVICING  END  10/24         DIAL RATE*             .00000   NEXT PAYMENT DUE DATE     3/01/2019
                     790 NW 107TH AVENUE, 4TH FLOOR
                     MIAMI, FL 33172


DATE    TRANSACTION    PD FOR           CK#
                       AMOUNT           PRINCIPAL     GROSS INT    MORTGAGE I    TAX         INSURANCE    RESERVES      MISC        MISC.       SUSPENSE     LATE CHRG    BUY DOWN      PRINCIPAL    G/L  EFFECTIVE
                                                                                                                                    FEES                                                AMOUNT        BAL   CD    DATE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

 8/01/18      INT ON ESC
                          9.35                                                                              9.35                                                                       12724852.02

 8/01/18      INT ON ESC
                          1.24                                                                              1.24                                                                       12724852.02

 8/01/18      **-REBATE           9999999
                       5000.00                                                                           5000.00-                                                                      12724852.02    8/01/2018

 8/31/18      PMT REC'D   9/18
                     139021.18    17586.20-    55182.03                30300.68    11188.99             24763.28                                                                       12707265.82    8/31/2018

 9/01/18      INT ON ESC
                         13.34                                                                             13.34                                                                       12707265.82

 9/01/18      INT ON ESC
                          9.62                                                                              9.62                                                                       12707265.82

 9/01/18      INT ON ESC
                          1.24                                                                              1.24                                                                       12707265.82

 9/21/18      ANNUAL PRE          3755988
                       3061.00                                                                           3061.00-                                                                      12707265.82    9/20/2018

10/01/18      INT ON ESC
                         13.20                                                                             13.20                                                                       12707265.82

10/01/18      INT ON ESC
                          9.60                                                                              9.60                                                                       12707265.82

10/01/18      INT ON ESC
                          1.20                                                                              1.20                                                                       12707265.82

10/03/18      SUSPENSEPMT         2009
                     128604.51                                                                                                                 128604.51                               12707265.82   10/02/2018

10/05/18      L/C ASSESS 10/18
                       5144.18                                                                                                                                         5144.18         12707265.82

10/09/18      PMT REC'D  10/18
                     128604.51    19440.07-    53328.16                30300.68    11188.99             14346.61                                                                       12687825.75   10/02/2018

10/09/18      SUSPENSE DR
                     128604.51                                                                                                                 128604.51-                              12687825.75
```

```
LOAN NO: 30-0801174  BORROWER                              ORIG.LOAN:      13,500,000.00  CUR. BAL       12,614,587.77  CUR. DFLT INT BAL         .00
                     NORTHBELT LLC                                         BEG  9/14      DIAL BALANCE            .00   DFLT INT RATE*      4.00000%
TYPE- F              C/O RIALTO CAPITAL ADVISORS, LLC                      TERM 10 YRS 0MOS.  INTEREST*    5.03600%     DFLT INT RATE @ MATURE  4.00000%
FREQ- M001           ATTN: NIRAL SHAH/DIRECTOR CMBS SPECIAL SERVICING      END  10/24    DIAL RATE*         .00000     NEXT PAYMENT DUE DATE   3/01/2019
                     790 NW 107TH AVENUE, 4TH FLOOR
                     MIAMI, FL 33172
```

| DATE | TRANSACTION | PD FOR AMOUNT | CK# PRINCIPAL | GROSS INT | MORTGAGE I | TAX | INSURANCE | RESERVES | MISC | MISC. FEES | SUSPENSE | LATE CHRG | BUY DOWN AMOUNT | PRINCIPAL BAL | G/L CD | EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/09/18 | L/C WAIVED | 5144.18 | | | | | | | | | 5144.18- | | | 12687825.75 | | |
| 10/31/18 | SUSPENSEPMT | 128604.51 | | | | | | | | | 128604.51 | | | 12687825.75 | | 10/30/2018 |
| 11/01/18 | INT ON ESC | 13.87 | | | | | | 13.87 | | | | | | 12687825.75 | | |
| 11/01/18 | INT ON ESC | 9.92 | | | | | | 9.92 | | | | | | 12687825.75 | | |
| 11/01/18 | INT ON ESC | 1.24 | | | | | | 1.24 | | | | | | 12687825.75 | | |
| 11/02/18 | PMT REC'D 11/18 | 128604.51 | 17746.77- | 55021.46 | | 30300.68 | 11188.99 | 14346.61 | | | | | | 12670078.98 | | 11/01/2018 |
| 11/02/18 | SUSPENSE DR | 128604.51 | | | | | | | | | 128604.51- | | | 12670078.98 | | |
| 11/27/18 | MSC EXP | 350.00 | 3763956 | | | | | | | 350.00- | | | | 12670078.98 | | |
| 11/27/18 | SUSPENSECR | 350.00 | | | | | | | | | 350.00 | | | 12670078.98 | | |
| 11/27/18 | RESERVE DR | 350.00 | | | | | | 350.00- | | | | | | 12670078.98 | | 11/27/2018 |
| 11/27/18 | MSC AMT PMT | 350.00 | | | | | | | | 350.00 | | | | 12670078.98 | | 11/27/2018 |
| 11/27/18 | SUSPENSE DR | 350.00 | | | | | | | | | 350.00- | | | 12670078.98 | | |
| 12/01/18 | INT ON ESC | 13.79 | | | | | | 13.79 | | | | | | 12670078.98 | | |
| 12/01/18 | INT ON ESC | 9.60 | | | | | | 9.60 | | | | | | 12670078.98 | | |
| 12/01/18 | INT ON ESC | 1.20 | | | | | | 1.20 | | | | | | 12670078.98 | | |

```
LOAN NO: 30-0801174  BORROWER                                  ORIG.LOAN:        13,500,000.00  CUR. BAL         12,614,587.77  CUR. DFLT INT BAL              .00
                     NORTHBELT LLC                                             BEG   9/14       DIAL BALANCE              .00   DFLT INT RATE*            4.00000%
TYPE- F              C/O RIALTO CAPITAL ADVISORS, LLC                          TERM 10 YRS 0MOS.  INTEREST*         5.03600%   DFLT INT RATE @ MATURE     4.00000%
FREQ- M001           ATTN: NIRAL SHAH/DIRECTOR CMBS SPECIAL SERVICING          END  10/24       DIAL RATE*           .00000   NEXT PAYMENT DUE DATE      3/01/2019
                     790 NW 107TH AVENUE, 4TH FLOOR
                     MIAMI, FL 33172
```

| DATE | TRANSACTION | PD FOR AMOUNT | CK# PRINCIPAL | GROSS INT | MORTGAGE I | TAX | INSURANCE | RESERVES | MISC | MISC. FEES | SUSPENSE | LATE CHRG | BUY DOWN AMOUNT | PRINCIPAL BAL | G/L CD | EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/03/18 | ANNUAL PRE | 102507.45 | 3764696 | | | | 102507.45- | | | | | | | 12670078.98 | | 12/03/2018 |
| 12/04/18 | SUSPENSEPMT | 128604.51 | 9319404 | | | | | | | | 128604.51 | | | 12670078.98 | | 12/03/2018 |
| 12/05/18 | L/C ASSESS 12/18 | 5144.18 | | | | | | | | | | 5144.18 | | 12670078.98 | | |
| 12/06/18 | PMT REC'D 12/18 | 128604.51 | 19596.13- | 53172.10 | | 30300.68 | 11188.99 | 14346.61 | | | | | | 12650482.85 | | 12/01/2018 |
| 12/06/18 | SUSPENSE DR | 128604.51 | | | | | | | | | 128604.51- | | | 12650482.85 | | |
| 12/06/18 | L/C WAIVED | 5144.18 | | | | | | | | | | 5144.18- | | 12650482.85 | | |
| 12/31/18 | MSC EXP | 25165.06 | | | | | | | | 25165.06- | | | | 12650482.85 | | |
| 1/01/19 | INT ON ESC | 14.52 | | | | | | 14.52 | | | | | | 12650482.85 | | |
| 1/01/19 | INT ON ESC | 9.92 | | | | | | 9.92 | | | | | | 12650482.85 | | |
| 1/01/19 | INT ON ESC | 1.24 | | | | | | 1.24 | | | | | | 12650482.85 | | |
| 1/07/19 | TAX DISB | 20450.35 | | | | 20450.35- | | | | | | | | 12650482.85 | | |
| 1/07/19 | TAX DISB | 162615.86 | | | | 162615.86- | | | | | | | | 12650482.85 | | |
| 1/07/19 | TAX DISB | 175393.72 | | | | 175393.72- | | | | | | | | 12650482.85 | | |
| 1/07/19 | L/C ASSESS 1/19 | 5144.18 | | | | | | | | | | 5144.18 | | 12650482.85 | | |
| 1/09/19 | SUSPENSEPMT | 128604.51 | 197205 | | | | | | | | 128604.51 | | | 12650482.85 | | 1/08/2019 |

```
LOAN NO: 30-0801174  BORROWER                                ORIG.LOAN:       13,500,000.00  CUR. BAL            12,614,587.77  CUR. DFLT INT BAL              .00
                     NORTHBELT LLC                                            BEG  9/14      DIAL BALANCE                 .00   DFLT INT RATE*            4.00000%
TYPE- F              C/O RIALTO CAPITAL ADVISORS, LLC                         TERM 10 YRS 0MOS.  INTEREST*           5.03600%   DFLT INT RATE @ MATURE    4.00000%
FREQ- M001           ATTN: NIRAL SHAH/DIRECTOR CMBS SPECIAL SERVICING         END  10/24     DIAL RATE*              .00000    NEXT PAYMENT DUE DATE     3/01/2019
                     790 NW 107TH AVENUE, 4TH FLOOR
                     MIAMI, FL 33172
```

| DATE | TRANSACTION | PD FOR AMOUNT | CK# PRINCIPAL | GROSS INT | MORTGAGE I | TAX | INSURANCE | RESERVES | MISC | MISC. FEES | SUSPENSE | LATE CHRG | BUY DOWN AMOUNT | PRINCIPAL BAL | G/L CD | EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/14/19 | PMT REC'D 1/19 | 128604.51 | 17908.71- | 54859.52 | | 30300.68 | 11188.99 | 14346.61 | | | | | | 12632574.14 | | 1/09/2019 |
| 1/14/19 | SUSPENSE DR | 128604.51 | | | | | | | | | 128604.51- | | | 12632574.14 | | |
| BALANCES TO DATE | | | 309697.97 | 927361.94 | | 73530.87 | 144970.48 | 1005939.94 | | 23885.06- | | 5144.18 | | 12632574.14 | | |

```
                                                TOTAL TAXES PAID                   704753.03
                                                TOTAL INTEREST CREDITED TO ESCROW     372.59
                                                TOTAL LATE CHARGES PAID              5560.85
                                                TOTAL BUY DOWN PAID
```

*Printed rate does not contain all available decimal positions

**Exhibit B**

**Default Interest Calculation**

| Unpaid Principal Balance | Default Rate | Beginning Date | End Date | Days | Interest |
|---|---|---|---|---|---|
| 12,942,272.11 | 4% | 8/1/2017 | 8/31/2017 | 30 | 43,140.91 |
| 12,968,769.67 | 4% | 8/31/2017 | 9/28/2017 | 28 | 40,347.28 |
| 12,990,593.28 | 4% | 9/28/2017 | 10/30/2017 | 32 | 46,188.78 |
| 13,019,986.21 | 4% | 10/30/2017 | 11/29/2017 | 30 | 43,399.95 |
| 13,044,714.26 | 4% | 11/29/2017 | 12/28/2017 | 29 | 42,032.97 |
| 13,069,797.57 | 4% | 12/28/2017 | 1/30/2018 | 33 | 47,922.59 |
| 13,100,697.00 | 4% | 1/30/2018 | 2/27/2018 | 28 | 40,757.72 |
| 13,118,970.20 | 4% | 2/27/2018 | 3/28/2018 | 29 | 42,272.24 |
| 13,144,047.95 | 4% | 3/28/2018 | 5/30/2018 | 63 | 92,008.34 |
| 13,199,645.23 | 4% | 5/30/2018 | 6/27/2018 | 28 | 41,065.56 |
| 13,221,498.63 | 4% | 6/27/2018 | 7/26/2018 | 29 | 42,602.61 |
| 13,246,590.97 | 4% | 7/26/2018 | 8/31/2018 | 36 | 52,986.36 |
| 13,281,991.13 | 4% | 8/31/2018 | 10/2/2018 | 32 | 47,224.86 |
| 13,309,775.92 | 4% | 10/2/2018 | 11/1/2018 | 30 | 44,365.92 |
| 13,336,395.07 | 4% | 11/1/2018 | 12/1/2018 | 30 | 44,454.65 |
| 13,361,253.59 | 4% | 12/1/2018 | 1/9/2019 | 39 | 57,898.77 |
| 13,401,243.64 | 4% | 1/9/2019 | 1/28/2019 | 19 | 28,291.51 |
| Total | | | | | $796,961.02 |

**Exhibit C**

## Prepayment Charge - Preliminary Estimate

| Preparation Date | 2/27/2019 |
|---|---|
| Loan Number | 300801174 |
| Borrower Name | NORTHBELT LLC |
| Investor Number | 30,303 |
| Loan Balance at Closing from Defeasance Estimate | $12,614,588.00 |

| YM Calculation A: | |
|---|---|
| Enter Defeasence Quote Date | 2/25/2019 |
| Enter Defeasence Deposit Amount | $14,226,942.00 |
| Less Payoff Amount | $12,614,588.00 |
| **YM Calculation A** | **$1,612,354.00** |
| **YM Calculation B:** | |
| Payoff Amount | $12,614,588.00 |
| Percentage of Payoff Amount    x | 5.00% |
| **YM Calculation B** | **$630,729.40** |
| **Prepayment Charge (Greater of A and B)** | **$1,612,354.00** |

| Defeasance Closing Date | 02/26/19 | | Loan Balance at Closing: | $ | 12,614,588 |
|---|---|---|---|---|---|
| Defeasance Payment Range | 03/01/19 | to | 07/01/24 | | |

**Estimated Defeasance Costs:**

| | | |
|---|---|---|
| Securities Package | $ | 14,226,942 |
| Processing Fee | $ | 20,000 |
| Servicer Legal Fee | $ | 12,000 |
| Successor Borrower Legal Fee | $ | 8,000 |
| Defeasance Consultant Fee | $ | 7,500 |
| Accountant Fee | $ | 3,500 |
| Custodian Fee | $ | 8,250 |
| Total Transaction Cost | $ | 14,286,192 |
| | | |
| Defeasance Premium (Securities Package minus Loan Balance at Closing) | $ | 1,612,355 |
| Third Party Costs | $ | 59,250 |

February 25, 2019

NORTHBELT LLC



Defeasance of Loan #      300801174

Dear Borrower:

Thank you for the opportunity to provide you with the following estimate of transaction costs associated with a defeasance of the loan described above. The estimate set forth herein is provided to you subject to the terms and limitations set forth at the end of this letter.

### Summary

| | | | | |
|---|---|---|---|---|
| Monthly Debt Service | $ | 72,768 | Original Loan Amount $ | 13,500,000 |
| First Payment Date | | 11/01/14 | Amortization Term | 360 |
| Interest Rate | | 5.036% | Interest Calculation | ACT/360 |
| Balloon Date | | 07/01/24 | Anticipated Balloon $ | 11,260,562 |
| Current Loan Balance (as of): | | 02/22/19 | Loan Balance: $ | 12,614,588 |
| Defeasance Closing Date | | 02/26/19 | Loan Balance at Closing: $ | 12,614,588 |
| Defeasance Payment Range | | 03/01/19 to 07/01/24 | | |

### Estimated Defeasance Costs:

| | | |
|---|---|---|
| Securities Package | $ | 14,226,942 |
| Processing Fee | $ | 20,000 |
| Servicer Legal Fee | $ | 12,000 |
| Successor Borrower Legal Fee | $ | 8,000 |
| Defeasance Consultant Fee | $ | 7,500 |
| Accountant Fee | $ | 3,500 |
| Custodian Fee | $ | 8,250 |
| Total Transaction Cost | $ | 14,286,192 |
| | | |
| Defeasance Premium (Securities Package minus Loan Balance at Closing) | $ | 1,612,355 |
| Third Party Costs | $ | 59,250 |

Please feel free to contact me with any questions at 704 715 6718. To the extent that you would like to proceed, the servicer will require a good faith deposit of $25,000 and written notice of your intent to start the defeasance process.

We are happy to provide a form of the *notice of intent* and *deposit* instructions required to initiate the process upon your request. The defeasance process can take 3 to 4 weeks preceding the release depending on the motivation of the borrower, rating agency consent requirement, and complexity of the loan.

Sincerely

Eric Johnson

**TERMS AND LIMITATIONS:**

The estimate of defeasance costs provided herein is subject to the following terms and limitations:

This is only an estimate of the charges that you are likely to incur at settlement. The actual charges you incur may be more or less than the estimate, based upon market conditions and other factors. The cost of the securities stated herein is based on a pricing quotation obtained from Wells Fargo Bank, N.A, but you are under no obligation to purchase securities from Wells Fargo Bank, N.A. All other cost estimates are based generally upon our experience with third-party providers involved in the defeasance of similar mortgage loans. Such cost estimates are not binding upon any third party. While we consider such sources to be reliable, we do not represent that the cost estimates are accurate or complete, and it should not be relied upon as such. THE ESTIMATE IS PROVIDED WITHOUT REPRESENTATION OR WARRANTY OF ANY KIND, WHETHER EXPRESSED, IMPLIED OR STATUTORY. Nothing herein shall be construed as an offer to sell, or the solicitation of any offer to buy, any security in any jurisdiction where such an offer or solicitation would be illegal.

We are providing this estimate only in anticipation of being engaged by you to serve as a consultant with respect to the defeasance of the loan. We are not providing the estimate in any capacity other than as a potential provider of defeasance consulting services. You, and the servicer of your loan, must examine the applicable loan documentation to determine whether the loan is or will be eligible for defeasance, and if so, the specific conditions to closing. In providing you with this quotation, we have not reviewed the applicable loan documents, and therefore make no representation as to whether the loan is or will be eligible for defeasance. We have assumed, without independent verification, that: (a) the applicable loan documents permit you to defease the loan and contain customary provisions regarding defeasance, (b) you will defease the loan in full, and solely with eligible, direct United States Treasury obligations, (c) all amounts due under the loan prior to the date of defeasance will be paid on or before the expiration of the applicable grace period, and (d) the loan is not in default.

The estimate is delivered to you on a confidential basis. By requesting the estimate, you agree to keep it confidential, and to not disclose it to any person or entity without our written consent, except employees, agents or affiliates who have a need to know such information, and to the extent necessary in working with legal counsel, auditors, taxing authorities or other governmental agencies.

*Below you will find information regarding the market conditions at the time of quote preparation and the approximate impact on the securities portfolio cost of a weighted average basis point move in yields.

| TimeStamp | 2y | 3y | 5y | 10y | 30y |
|---|---|---|---|---|---|
| 2/25/2019 11:34 | 0.025% | 0.025% | 0.025% | 0.027% | 0.030% |

Approximate Securities Cost Effect of a One Basis Point Shift     $     6,178