**<u>Exhibit B</u>**

**Declaration of Christopher Fernandez**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| NORTHBELT, LLC, | § | **CASE NO. 19-30388** |
| | § | **Chapter 11** |
| Debtor. | § | |

**DECLARATION OF CHRISTOPHER FERNANDEZ**
**IN SUPPORT OF SECURED LENDER'S**
**RESPONSE TO DEBTOR'S CLAIM OBJECTION**

I, Christopher J. Fernandez, pursuant to section 1746 of title 28 of the United States Code, hereby declare that the following is true to the best of my knowledge, information, and belief:

1.      I am an attorney at the law firm of K&L Gates LLP ("K&L Gates"), and resident of the Charlotte office located at Hearst Tower, 214 North Tryon Street, 47th Floor, Charlotte, North Carolina 28202.  I am admitted to, practicing in, and in good standing with the bar of North Carolina.

2.      I submit this Declaration in support of *Secured Lender's Response to Debtor's Claim Objection* (the "Response")[1] and the proof of claim filed by Secured Lender in the above-captioned bankruptcy case, registered as Claim No. 5-1 (the "Claim").

3.      Except as otherwise noted, I have personal knowledge of the facts set forth in this Declaration.

4.      On or about August 7, 2017, Rialto Capital Advisors LLC, in its capacity as the Special Servicer and attorney in fact for the Secured Lender engaged K&L Gates to represent the Secured Lender in connection with the Loan made to the Debtor.  During the time period of May

---

[1] Capitalized terms not defined herein shall have the meanings set forth in the Response.

1

2018 to January 25, 2019 (the "<u>Petition Date</u>"), K&L Gates's attorneys performed a variety of legal services for the Secured Lender including, researching and drafting several Notice of Default to the Debtor and preparing for, filing, and prosecuting a state court action wherein the Secured Lender sought the appoint of a receiver to take over the management and control of the Property.

5.     The services provided by K&L Gates primarily consisted of the following services: (i) reviewing and advising client regarding Debtor obligations and Lender's rights and remedies under the Loan Documents; (ii) preparing and delivering notices to Debtor; (iii) negotiating loan documents compliance and resolution of existing defaults with Debtor's counsel; and (iv) preparing, filing, and arguing state-law receivership and suit on the guaranty.

6.     K&L Gates legal fees reflect a blended hourly rate of $439.35 which is comparable with other similarly qualified legal advisors providing similar services on commercial loans of equivalent size to the Loan.   The legal fees reflect a reasonable and appropriate amount of time expended in performing services to the Secured Lender commensurate with the complexity, importance and nature of the problems, issues, or tasks involved.   These services were performed without unnecessary duplication of effort by the professionals employed by K&L Gates.

7.     True and accurate copies of the invoices detailing these fees and expenses are attached to this Declaration as **Exhibit A**.  On December 31, 2018, K&L Gates received payment of $25,165.06 for its services, which Secured Lender has claimed as Property Protection Advances in the Claim.  As of the filing of this Declaration, an additional $88,622.61 for services rendered prior to the Petition Date remain outstanding.

I declare under penalty of perjury that the statements contained herein are within my personal knowledge and are true and correct.

Executed this 6th day of September 2019.

Christopher J. Fernandez

## Exhibit A

**Legal Invoices**

303712493 v2

# K&L GATES

**K&L GATES LLP**
HEARST TOWER, 47TH FLOOR
214 NORTH TRYON STREET
CHARLOTTE, NC 28202
T 704.331.7400  F 704.331.7598  klgates.com
Tax ID No. 25 0921018

Lisa Traylor
Wells Fargo Bank, National Association
401 South Tryon Street, 8th Floor
MAC D1050-084
Charlotte, NC 28202

| | | |
|---|---|---|
| Invoice Date | : | December 17, 2018 |
| Invoice Number | : | 3600083 |
| Services Through | : | December 17, 2018 |

**2852004.01181   Northbelt LLC**

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 25,083.50 |
| Disbursements and Other Charges | $ | 81.56 |
| **CURRENT INVOICE DUE** | $ | **25,165.06** |

Due and Payable upon Receipt

Mail To:  K&L Gates LLP, P.O. Box 844255, Boston, MA 02284-4255

Overnight/Courier:  PNC Bank C/O K&L Gates LLP, Lockbox #844255, 20 Commerce Way - Ste 800, Woburn, MA 01801-1057

Wire/ACH/EDI Instructions:  Receiving Bank: PNC Bank N A,          Beneficiary: K&L Gates LLP          Routing/ABA: 043000096
                                            500 First Ave 92              Acct No.: 1077692783          Swift Code: PNCCUS33
                                            Pittsburgh, PA 15219
Please reference client/matter number in electronic payment details and email the remittance advice to AccountsReceivableSEA@klgates.com with invoice number(s) and amounts.

PLEASE  NOTE  NEW  REMITTANCE  ADDRESS

# K&L GATES

Invoice # 3600083
2852004.01181
Page 2 of 5

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 05/15/18 | E. M. Hicks | 0.80 | Review ███████ ; prepare and attend ███████ ; prepare | 196.00 |
| 05/17/18 | C. J. Fernandez | 1.50 | Revise and finalize ███████ | 810.00 |
| 05/17/18 | E. M. Hicks | 1.00 | Review and finalize ███████ ; prepare and send ███████ | 245.00 |
| 05/23/18 | C. J. Fernandez | 0.70 | Prepare and attend conference calls ███████ | 378.00 |
| 05/23/18 | E. M. Hicks | 1.00 | Review ███████ ; prepare and attend conference calls to discuss ███████ | 245.00 |
| 05/31/18 | C. J. Fernandez | 1.20 | Prepare response ███████ ; confer with client ███████ | 648.00 |
| 05/31/18 | E. M. Hicks | 0.30 | Review ███████ | 73.50 |
| 06/07/18 | C. J. Fernandez | 0.50 | Prepare correspondence regarding ███████ | 270.00 |
| 06/07/18 | E. M. Hicks | 0.20 | Attention to ███████ | 49.00 |
| 06/12/18 | C. J. Fernandez | 0.20 | Prepare correspondence regarding ███████ | 108.00 |
| 06/25/18 | C. J. Fernandez | 1.40 | Prepare ███████ regarding ███████ | 756.00 |
| 06/25/18 | E. M. Hicks | 0.40 | Discuss ███████ prepare ███████ | 98.00 |
| 06/26/18 | C. J. Fernandez | 0.80 | Review ███████ | 432.00 |
| 07/03/18 | C. J. Fernandez | 0.40 | Attention to ███████ | 216.00 |
| 07/09/18 | C. J. Fernandez | 1.70 | Review ███████ prepare ███████ | 918.00 |
| 07/09/18 | E. M. Hicks | 0.30 | Review ███████ | 73.50 |
| 07/10/18 | C. J. Fernandez | 1.40 | Review ███████ | 756.00 |
| 07/10/18 | E. M. Hicks | 0.30 | Circulate ███████ | 73.50 |
| 07/11/18 | C. J. Fernandez | 1.20 | Review and analyze ███████ | 648.00 |

# K&L GATES

Invoice # 3600083
2852004.01181
Page 3 of 5

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 07/13/18 | E. M. Hicks | 0.70 | Discuss █████████████ | 171.50 |
| 07/16/18 | C. J. Fernandez | 2.40 | Review next steps regarding ████████ and review ███ | 1,296.00 |
| 07/17/18 | C. J. Fernandez | 2.60 | Review ████████ and analyze ██████; discuss ██████ with client; prepare and revise ██████ | 1,404.00 |
| 07/17/18 | E. M. Hicks | 1.00 | Prepare and attend conference call regarding ████████; review and revise ██████ | 245.00 |
| 07/18/18 | C. J. Fernandez | 2.50 | Continue to prepare ████; revise same; review ██████; discuss ████████ with client | 1,350.00 |
| 07/18/18 | E. M. Hicks | 0.30 | Review and revise ██████ | 73.50 |
| 07/19/18 | C. J. Fernandez | 1.20 | Review █████████; review ████; attention to █████████ | 648.00 |
| 07/20/18 | C. J. Fernandez | 0.80 | Review documents relating to ████████; discuss ████ with client | 432.00 |
| 07/23/18 | E. M. Hicks | 0.50 | Discuss █████; review ████ and send ██████ | 122.50 |
| 07/24/18 | C. J. Fernandez | 0.30 | Attention to ████████ | 162.00 |
| 07/24/18 | E. M. Hicks | 0.30 | Prepare and send ████████ | 73.50 |
| 07/25/18 | C. J. Fernandez | 0.40 | Attention to ████████ | 216.00 |
| 07/25/18 | E. M. Hicks | 0.20 | Revise and send ████ | 49.00 |
| 07/26/18 | C. J. Fernandez | 1.80 | Prepare █████████████ | 972.00 |
| 07/30/18 | C. J. Fernandez | 0.80 | Prepare ████████; attention to ██████ | 432.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 07/31/18 | C. J. Fernandez | 0.60 | Review ███████ ; circulate ████████ ; prepare ████ | 324.00 |
| 08/02/18 | C. J. Fernandez | 0.30 | Revise ████████ | 162.00 |
| 08/02/18 | E. M. Hicks | 2.00 | Draft and review ██████ | 490.00 |
| 08/03/18 | E. M. Hicks | 0.20 | Call with client to discuss | 49.00 |
| 08/06/18 | E. M. Hicks | 0.80 | Revise and send ██████ | 196.00 |
| 08/09/18 | C. J. Fernandez | 0.30 | Review ████████████████ | 162.00 |
| 08/10/18 | C. J. Fernandez | 2.60 | Review ████████████ ; review ███████████ ; prepare ██████ | 1,404.00 |
| 08/14/18 | C. J. Fernandez | 0.40 | Attention to ████████ | 216.00 |
| 08/15/18 | C. J. Fernandez | 1.40 | Review and revise ████████ | 756.00 |
| 08/15/18 | E. M. Hicks | 0.80 | Review and revise ██████ ; send █████ to client for review | 196.00 |
| 08/16/18 | C. J. Fernandez | 1.20 | Additional revisions to ████ and review of ████ | 648.00 |
| 08/16/18 | E. M. Hicks | 0.70 | Discuss ████████ ; prepare | 171.50 |
| 08/17/18 | C. J. Fernandez | 1.70 | Attention to ██████████ ; prepare ████████ and ████ | 918.00 |
| 08/17/18 | E. M. Hicks | 1.30 | Review ███████████ ; review and revise ██████ | 318.50 |
| 08/23/18 | C. J. Fernandez | 0.40 | Attention to ██████ ; confer with ████ | 216.00 |
| 08/24/18 | C. J. Fernandez | 0.40 | Review ████████ discuss with ████ | 216.00 |
| 08/24/18 | E. M. Hicks | 0.30 | Call with ████ to discuss ████████ | 73.50 |
| 08/27/18 | C. J. Fernandez | 1.50 | Prepare and attend call; review ████ ; prepare ██████ | 810.00 |
| 08/28/18 | E. M. Hicks | 0.30 | Review ████ | 73.50 |

# K&L GATES

Invoice # 3600083
2852004.01181
Page 5 of 5

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 08/30/18 | C. J. Fernandez | 0.60 | Attention to | 324.00 |
| 08/31/18 | C. J. Fernandez | 0.30 | Review | 162.00 |
| 09/04/18 | C. J. Fernandez | 0.20 | Review | 108.00 |
| 09/06/18 | C. J. Fernandez | 0.60 | Confer with client regarding ; review | 324.00 |
| 09/07/18 | C. J. Fernandez | 0.20 | Attention to | 108.00 |
| 09/11/18 | C. J. Fernandez | 1.00 | Review and revise ; review | 540.00 |
| 09/11/18 | E. M. Hicks | 0.10 | Call with client regarding | 24.50 |
| 09/12/18 | C. J. Fernandez | 0.40 | Confirm and review | 216.00 |
| 09/12/18 | E. M. Hicks | 0.30 | Review ; call with client to discuss | 73.50 |
| 09/19/18 | C. J. Fernandez | 1.30 | Attend and prepare | 702.00 |
| 09/19/18 | E. M. Hicks | 0.70 | Call with regarding | 171.50 |
| 09/20/18 | C. J. Fernandez | 0.40 | Discuss with client and | 216.00 |
| 09/20/18 | E. M. Hicks | 0.30 | Prepare and attend conference call regarding | 73.50 |
| | | **TOTAL FEES** | 54.7 hrs | $ 25,083.50 |

## TIMEKEEPER SUMMARY

| | | | | |
|---|---|---|---|---|
| C. J. Fernandez | 39.60 hrs at | $ 540.00 / hr | 21,384.00 |
| E. M. Hicks | 15.10 hrs at | $ 245.00 / hr | 3,699.50 |
| | TOTAL FEES | 54.70 hrs | $ 25,083.50 |

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Long Distance Courier | 81.56 |
| DISBURSEMENTS & OTHER CHARGES | $ 81.56 |

# K&L GATES

**K&L GATES LLP**
HEARST TOWER, 47TH FLOOR
214 NORTH TRYON STREET
CHARLOTTE, NC 28202
T  704.331.7400   F  704.331.7598   klgates.com
Tax ID No. 25 0921018

| | | | |
|---|---|---|---|
| Rialto Capital Advisors, LLC | Invoice Date | : | March 25, 2019 |
| 790 NW 107th Avenue, Suite 400 | Invoice Number | : | 3631997 |
| Miami, FL  33172 | Services Through | : | December 31, 2018 |

**0441336.00042    Northbelt LLC**

### INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 43,427.00 |
| Fee Discount | $ | (4,543.00) |
| Total Fees | $ | 38,884.00 |
| Disbursements and Other Charges | $ | 731.11 |
| **CURRENT INVOICE DUE** | $ | 39,615.11 |

Due and Payable upon Receipt

Mail To:   K&L Gates LLP, P.O. Box 844255, Boston, MA 02284-4255

Overnight/Courier:  PNC Bank C/O K&L Gates LLP, Lockbox #844255, 20 Commerce Way - Ste 800, Woburn, MA 01801-1057

Wire/ACH/EDI Instructions:  Receiving Bank:  PNC Bank N A,        Beneficiary: K&L Gates LLP        Routing/ABA: 043000096
                                              500 First Ave 92              Acct No.: 1077692783            Swift Code: PNCCUS33
                                              Pittsburgh, PA 15219
Please reference client/matter number in electronic payment details and email the remittance advice to AccountsReceivableSEA@klgates.com with invoice number(s) and amounts.

# K&L GATES

Invoice # 3631997
0441336.00042
Page 2 of 8

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 12/03/18 | E. N. Boydston | 1.30 | ██████████ meeting regarding ██████████ ; analyze and discuss ██████████ | 942.50 |
| 12/03/18 | C. A. Brown | 1.50 | Phone conference with ██████ regarding ██████████ ; review and comment on ██████ | 600.00 |
| 12/03/18 | M. D. Cuda | 1.80 | Meeting with ██████████ ; teleconference with ██████████ ; teleconference with ██████████ prepare for conference call with ██████████ ; attend conference call | 1,305.00 |
| 12/03/18 | C. J. Fernandez | 1.10 | Confer with client as to ██████ ; prepare and attend call. | 660.00 |
| 12/04/18 | C. A. Brown | 7.80 | Review ██████████ and ██████████ ; confer ██████████ incorporate ██████████ | 3,120.00 |
| 12/04/18 | M. D. Cuda | 1.80 | Review ██████████ meeting with ██████████ ; review ██████████ draft correspondence to ██████████ | 1,305.00 |
| 12/04/18 | J. K. Garrett | 0.50 | Conduct ██████████ ; email to ██████████ | 125.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 12/05/18 | C. A. Brown | 5.30 | Research ███████████████████ ███████████ ; further review and comment on ███████████ ; work on ████████ ; email communications ██████████████ finalize | 2,120.00 |
| 12/05/18 | M. D. Cuda | 1.20 | Review ████████████████ ; respond to ████ ; review ████ | 870.00 |
| 12/06/18 | E. N. Boydston | 3.60 | Revise ████████ ; review and revise the ████████████████████ | 2,610.00 |
| 12/06/18 | C. A. Brown | 1.50 | Review and comment on ██████████ work on ████ | 600.00 |
| 12/06/18 | M. D. Cuda | 1.30 | Review various ████████ ; review related ████ ; draft ██████ | 942.50 |
| 12/06/18 | C. J. Fernandez | 1.00 | Review and revise ████████ ; confer with client; multiple | 600.00 |
| 12/07/18 | C. A. Brown | 5.50 | Review, revise, and incorporate ██████████████ ; further review and comment on ████████████ ; email communications with ███████████████ ; work on ████████ conform ████████ ; further email communications ██████████ ; work on ████ | 2,200.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | ███ update ████ | |
| 12/07/18 | M. D. Cuda | 1.60 | Review ████████████████; draft ████ | 1,160.00 |
| 12/07/18 | C. J. Fernandez | 0.50 | Review ██████████ ; review ████ | 300.00 |
| 12/07/18 | J. K. Garrett | 0.70 | Prepare ██████████████ ████████████████; confer with ████████ | 175.00 |
| 12/10/18 | C. A. Brown | 2.50 | Continue review and revision of ██████; phone conference ████████ ████████ phone and email communications with ██████████; review and revise same | 1,000.00 |
| 12/10/18 | C. J. Fernandez | 0.10 | Review ████ and communicate ████ | 60.00 |
| 12/11/18 | S. G. Ackermann | 0.50 | Attention to ██████ | 372.50 |
| 12/11/18 | E. N. Boydston | 0.20 | Status update ████ | 145.00 |
| 12/11/18 | C. A. Brown | 6.50 | Further update ████████████; email communications ████████████████ outline ██████; email communications regarding ████████ prepare | 2,600.00 |
| 12/11/18 | M. D. Cuda | 0.50 | Review correspondence ████████ review related correspondence ████; draft correspondence to ██████ | 362.50 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 12/11/18 | C. J. Fernandez | 0.40 | ; review Attention to █████ | 240.00 |
| 12/12/18 | C. A. Brown | 1.80 | Continue ████████ | 720.00 |
| | | | ; further review and revise █████; attention to email communications ████ ; coordinate with █████ ; review and revise | |
| 12/13/18 | C. A. Brown | 6.60 | Further coordinate ██████; ███ phone and email communications with ███ further updates to petition and corresponding ██; confer with ████ review and revise █████ review and revise ████ ; review, revise, and finalize █████; finalize documents ███; finalize ████ ; compile documents ████ | 2,640.00 |
| 12/13/18 | M. D. Cuda | 1.80 | Review correspondence from ███ review related ████ draft correspondence ██; draft correspondence to ███; review correspondence from ████ ; review ███ ; draft ████ | 1,305.00 |
| 12/13/18 | C. J. Fernandez | 1.40 | Attention to ████; confer with ████ | 840.00 |
| 12/13/18 | J. K. Garrett | 3.40 | Confer with ████ | 850.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | ; prepare ▮▮▮▮▮ | |
| | | | ; begin ▮▮▮▮ | |
| | | | coordinate ▮▮▮▮ | |
| 12/13/18 | E. M. Hicks | 0.30 | Pul▮ | 82.50 |
| 12/14/18 | C. A. Brown | 12.00 | Prepare for ▮▮▮▮ | 4,800.00 |
| | | | travel to ▮▮▮ | |
| | | | confer with ▮▮▮ | |
| | | | ; work o▮ ▮ | |
| | | | attention to matters relating to ▮ | |
| | | | ; communications with ▮ | |
| | | | ; argue ▮ | |
| | | | ▮▮ phone and email communications with ▮ | |
| | | | ; phone conference with ▮ | |
| | | | return travel ▮ | |
| 12/14/18 | M. D. Cuda | 1.10 | Review various correspondence ▮ | 797.50 |
| | | | respond to same; review correspondence ▮ | |
| | | | respond to same; review and respond to ▮ | |
| 12/14/18 | J. K. Garrett | 4.70 | Update ▮ | 1,175.00 |
| | | | ; prepare ▮ | |
| | | | ; update ▮ | |
| | | | ; submit ▮ | |
| | | | ; telephone conferences with ▮ | |
| | | | coordinate ▮ | |

# K&L GATES

Invoice # 3631997
0441336.00042
Page 7 of 8

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | follow up with ████ confer with ████ | |
| 12/14/18 | M. M. Murphy | 2.20 | Prepare for and participate in ████ | 715.00 |
| 12/17/18 | C. A. Brown | 2.80 | Email communications with ████ ; email and phone communications with ████ ; research regarding ████ further review of ████ ; further email communications regarding ████ | 1,120.00 |
| 12/17/18 | J. K. Garrett | 1.70 | Conduct background research ████ ; confer with ████ ; follow-up calls to ████ revise draft ████ | 425.00 |
| 12/18/18 | E. N. Boydston | 0.20 | Discuss ████ | 145.00 |
| 12/18/18 | C. A. Brown | 3.00 | Continue review ████ ; confer with ████ outline ████ ; email communications with ████ | 1,200.00 |

# K&L GATES

Invoice # 3631997
0441336.00042
Page 8 of 8



| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 12/18/18 | M. D. Cuda | 1.20 | Review correspondence ▮; respond to same; meeting with ▮ regarding same; review various ▮; discussions ▮ regarding ▮ | 870.00 |
| 12/18/18 | J. K. Garrett | 0.60 | Telephone calls to ▮ emails to ▮ obtain ▮ | 150.00 |
| 12/27/18 | M. T. Cecka | 0.30 | Review ▮ | 214.50 |
| 12/27/18 | M. D. Cuda | 0.50 | Teleconference with ▮ | 362.50 |
| 12/27/18 | C. J. Fernandez | 1.00 | Review ▮ | 600.00 |
| | | TOTAL FEES | 95.30  hrs | $ 43,427.00 |

## TIMEKEEPER SUMMARY

| | | | | | | |
|---|---|---|---|---|---|---|
| S. G. Ackermann | 0.50 | hrs at | $ | 745.00 | / hr | 372.50 |
| E. N. Boydston | 5.30 | hrs at | $ | 725.00 | / hr | 3,842.50 |
| C. A. Brown | 56.80 | hrs at | $ | 400.00 | / hr | 22,720.00 |
| M. T. Cecka | 0.30 | hrs at | $ | 715.00 | / hr | 214.50 |
| M. D. Cuda | 12.80 | hrs at | $ | 725.00 | / hr | 9,280.00 |
| C. J. Fernandez | 5.50 | hrs at | $ | 600.00 | / hr | 3,300.00 |
| J. K. Garrett | 11.60 | hrs at | $ | 250.00 | / hr | 2,900.00 |
| E. M. Hicks | 0.30 | hrs at | $ | 275.00 | / hr | 82.50 |
| M. M. Murphy | 2.20 | hrs at | $ | 325.00 | / hr | 715.00 |
| | TOTAL FEES | | 95.30 | hrs | | $ 43,427.00 |

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Copying Expense | 210.20 |
| Long Distance Courier | 47.88 |
| Westlaw Research | 473.03 |
| DISBURSEMENTS & OTHER CHARGES | $ 731.11 |

# K&L GATES

**K&L GATES LLP**
HEARST TOWER, 47TH FLOOR
214 NORTH TRYON STREET
CHARLOTTE, NC 28202
T  704.331.7400   F  704.331.7598   klgates.com
Tax ID No. 25 0921018

| | | | |
|---|---|---|---|
| Rialto Capital Advisors, LLC | Invoice Date | : | March 25, 2019 |
| 790 NW 107th Avenue, Suite 400 | Invoice Number | : | 3631992 |
| Miami, FL  33172 | Services Through | : | January 25, 2019 |

**0441336.00042    Northbelt LLC**

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 31,097.00 |
| Fee Discount | $ | (3,200.00) |
| Total Fees | $ | 27,897.00 |
| Disbursements and Other Charges | $ | 2,305.37 |
| **CURRENT INVOICE DUE** | **$** | **30,202.37** |

Due and Payable upon Receipt

Mail To:   K&L Gates LLP, P.O. Box 844255, Boston, MA 02284-4255

Overnight/Courier:   PNC Bank C/O K&L Gates LLP, Lockbox #844255, 20 Commerce Way - Ste 800, Woburn, MA 01801-1057

Wire/ACH/EDI Instructions:   Receiving Bank:  PNC Bank N A,          Beneficiary: K&L Gates LLP          Routing/ABA: 043000096
                                              500 First Ave 92              Acct No.: 1077692783          Swift Code: PNCCUS33
                                              Pittsburgh, PA 15219
Please reference client/matter number in electronic payment details and email the remittance advice to AccountsReceivableSEA@klgates.com with invoice number(s) and amounts.

# K&L GATES

Invoice # 3631992
0441336.00042
Page 2 of 7

### FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 01/02/19 | C. J. Fernandez | 0.40 | Attention to ███ confer with ███ regarding same. | 254.00 |
| 01/02/19 | J. K. Garrett | 1.60 | Confer with ███ ; prepare ███ and submit same ███ ; coordinate with ███ prepare ███ | 440.00 |
| 01/03/19 | C. A. Brown | 0.50 | Prepare ███ | 250.00 |
| 01/03/19 | C. J. Fernandez | 0.50 | Attention to ███ | 317.50 |
| 01/03/19 | E. M. Hicks | 0.40 | Conference call ███ ; prepare ███ | 126.00 |
| 01/04/19 | C. J. Fernandez | 0.30 | Client communications regarding ███ | 190.50 |
| 01/04/19 | J. K. Garrett | 0.20 | Email exchanges with ███ | 55.00 |
| 01/07/19 | C. J. Fernandez | 0.30 | Review ███ and prepare ███ | 190.50 |
| 01/07/19 | J. K. Garrett | 0.30 | Email exchanges with ███ ; email to ███ | 82.50 |
| 01/08/19 | C. A. Brown | 0.30 | Review and comment on ███ | 150.00 |
| 01/08/19 | J. K. Garrett | 0.80 | Review status of ███ ; email exchanges with ███ ; conduct background research of ███ | 220.00 |
| 01/09/19 | C. A. Brown | 1.80 | Review, comment on, and ███ | 900.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | update ▮▮ email communications ▮▮ ; attention to ▮▮ work on ▮▮ | |
| 01/09/19 | C. J. Fernandez | 0.30 | Review ▮▮ | 190.50 |
| 01/10/19 | C. A. Brown | 0.80 | Review regarding ▮▮ ; attention to email communications regarding ▮▮ | 400.00 |
| 01/10/19 | M. D. Cuda | 1.50 | Various correspondence regarding ▮▮ ; review regarding ▮▮ | 1,125.00 |
| 01/10/19 | C. J. Fernandez | 2.40 | Review ▮▮ ; prepare ▮▮ ; reach out and discuss ▮▮ prepare ▮▮ | 1,524.00 |
| 01/10/19 | M. T. Young | 0.20 | Research and pull ▮▮ | 50.00 |
| 01/11/19 | M. D. Cuda | 1.10 | Review correspondence ▮▮ ; related teleconference wit ▮▮ ; review related correspondence regarding ▮▮ | 825.00 |
| 01/11/19 | C. J. Fernandez | 1.40 | Confer with ▮▮ and plan for ▮▮ | 889.00 |
| 01/11/19 | J. K. Garrett | 0.20 | Email exchanges ▮▮ | 55.00 |
| 01/14/19 | J. K. Garrett | 0.50 | Prepare ▮▮ ; email pleadings to ▮▮ | 137.50 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | ; review of ████████ | |
| 01/15/19 | M. D. Cuda | 0.40 | Review correspondence ████ | 300.00 |
| | | | ████ review related correspondence from ████ ; draft ████ | |
| 01/16/19 | J. K. Garrett | 0.40 | Email exchanges with ████ | 110.00 |
| | | | ████ telephone conference with ████ | |
| 01/16/19 | M. M. Murphy | 0.70 | Assist in preparing ████ | 269.50 |
| 01/17/19 | C. A. Brown | 1.80 | Review and revise ████ ; email communications with ████ | 900.00 |
| | | | ████ ; finalize ████ ; prepare and ████ | |
| 01/18/19 | C. A. Brown | 1.30 | Finalize ████ review and revise ████ ; email communications regarding ████ | 650.00 |
| 01/18/19 | C. J. Fernandez | 0.60 | Prepare for ████ and complete ████ | 381.00 |
| 01/18/19 | J. K. Garrett | 0.70 | Begin preparation of ████ | 192.50 |
| 01/21/19 | C. J. Fernandez | 0.40 | Prepare for ████ ; prepare ████ | 254.00 |
| 01/22/19 | C. A. Brown | 3.00 | Review ████ ; email communications with ████ ; work on ████ ; email communications with ████ | 1,500.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 01/22/19 | C. J. Fernandez | 0.70 | Discussions with | 444.50 |
| 01/22/19 | J. K. Garrett | 1.70 | Continue preparation of ; obtain obtain ; file | 467.50 |
| 01/23/19 | C. A. Brown | 1.20 | Continue review of | 600.00 |
| 01/23/19 | C. A. Brown | 2.30 | Work on | 1,150.00 |
| 01/23/19 | C. A. Brown | 1.50 | Prepare | 750.00 |
| 01/23/19 | C. A. Brown | 0.70 | Prepare | 350.00 |
| 01/23/19 | C. J. Fernandez | 2.50 | Prepare | 1,587.50 |
| 01/23/19 | J. K. Garrett | 1.80 | Confer with confer with ; assist | 495.00 |
| 01/24/19 | C. H. Boone | 0.60 | Pull | 195.00 |
| 01/24/19 | C. A. Brown | 12.00 | Travel to ; final preparations for ; debrief with ; email | 6,000.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | communications with ███████████ | |
| | | | ███████; return travel | |
| 01/24/19 | C. J. Fernandez | 7.00 | Prepare and attend ████████; | 4,445.00 |
| | | | debrief ███████████████ | |
| 01/24/19 | J. K. Garrett | 0.60 | Review of ███████████████ | 165.00 |
| | | | ████████████████; | |
| | | | review of ██████████████ | |
| 01/25/19 | C. A. Brown | 0.40 | Review and comment on | 200.00 |
| | | | ██████████ attention to email | |
| | | | communications █████████████ | |
| | | | ████████████████ | |
| 01/25/19 | C. J. Fernandez | 1.60 | ██████████ discussions ████████ | 1,016.00 |
| 01/25/19 | J. K. Garrett | 1.10 | Confer ████████████████ | 302.50 |
| | | | email exchanges ████████████ | |
| | | | █████████████████ | |
| | | | coordinate █████████████ | |
| | | **TOTAL FEES** | 60.80   hrs | $ 31,097.00 |

## TIMEKEEPER SUMMARY

| | | | | | |
|------|------|------|------|------|------|
| C. H. Boone | 0.60 | hrs at | $ | 325.00  / hr | 195.00 |
| C. A. Brown | 27.60 | hrs at | $ | 500.00  / hr | 13,800.00 |
| M. D. Cuda | 3.00 | hrs at | $ | 750.00  / hr | 2,250.00 |
| C. J. Fernandez | 18.40 | hrs at | $ | 635.00  / hr | 11,684.00 |
| J. K. Garrett | 9.90 | hrs at | $ | 275.00  / hr | 2,722.50 |
| E. M. Hicks | 0.40 | hrs at | $ | 315.00  / hr | 126.00 |
| M. M. Murphy | 0.70 | hrs at | $ | 385.00  / hr | 269.50 |
| M. T. Young | 0.20 | hrs at | $ | 250.00  / hr | 50.00 |
| | **TOTAL FEES** | 60.80 | hrs | | $ 31,097.00 |

# K&L GATES

### DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Air Fare | 1,021.32 |
| Filing Fees | 538.21 |
| Local Courier | 58.75 |
| Long Distance Courier | 15.88 |
| Service of Process | 538.73 |
| Travel Expenses | 129.77 |
| Travel Related Meals | 2.71 |
| DISBURSEMENTS & OTHER CHARGES | $   2,305.37 |

# K&L GATES

**K&L GATES LLP**

HEARST TOWER, 47TH FLOOR
214 NORTH TRYON STREET
CHARLOTTE, NC 28202
T  704.331.7400   F 704.331.7598   klgates.com
Tax ID No. 25 0921018

Rialto Capital Advisors, LLC
790 NW 107th Avenue, Suite 400
Miami, FL  33172

| | | |
|---|---|---|
| Invoice Date | : | March 25, 2019 |
| Invoice Number | : | 3632007 |
| Services Through | : | November 30, 2018 |

**0441336.00042     Northbelt LLC**

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 9,870.00 |
| Disbursements and Other Charges | $ | 49.03 |
| **CURRENT INVOICE DUE** | **$** | **9,919.03** |

Due and Payable upon Receipt

Mail To:   K&L Gates LLP, P.O. Box 844255, Boston, MA 02284-4255

Overnight/Courier:  PNC Bank C/O K&L Gates LLP, Lockbox #844255, 20 Commerce Way - Ste 800, Woburn, MA 01801-1057

Wire/ACH/EDI Instructions:  Receiving Bank:  PNC Bank N A,           Beneficiary: K&L Gates LLP           Routing/ABA: 043000096
                                                 500 First Ave 92                     Acct No.: 1077692783                 Swift Code: PNCCUS33
                                                 Pittsburgh, PA 15219

Please reference client/matter number in electronic payment details and email the remittance advice to AccountsReceivableSEA@klgates.com with invoice number(s) and amounts.

# K&L GATES

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 11/01/18 | M. D. Cuda | 0.80 | Draft ███████████; review ███████████████; respond to same; review additional ███████████; draft ███████████; distribute same | 580.00 |
| 11/05/18 | C. J. Fernandez | 0.50 | Attention to ███████ | 300.00 |
| 11/06/18 | C. A. Brown | 1.20 | Phone conference with ███████; attention to ████████████████ | 480.00 |
| 11/06/18 | C. J. Fernandez | 1.00 | Prepare ███████████ | 600.00 |
| 11/07/18 | C. J. Fernandez | 0.30 | Review ███████ and revise. | 180.00 |
| 11/07/18 | E. M. Hicks | 0.50 | Review and revise ███████ | 137.50 |
| 11/08/18 | M. D. Cuda | 1.50 | Review ███████; revise same; draft █████████████; review ███████████████ | 1,087.50 |
| 11/08/18 | M. D. Cuda | 1.10 | Review ███████████; review related revisions; finalize and distribute ███████ | 797.50 |
| 11/08/18 | C. J. Fernandez | 0.50 | Further revisions to ███████ | 300.00 |
| 11/08/18 | E. M. Hicks | 0.10 | Review ███████ | 27.50 |
| 11/09/18 | C. A. Brown | 0.50 | Review and comment on ███████████; attention to ██████████████ | 200.00 |
| 11/14/18 | C. J. Fernandez | 0.30 | Attention to ███████ | 180.00 |
| 11/15/18 | M. D. Cuda | 1.80 | Teleconference with ███████; meeting with ███████; ███████ | 1,305.00 |

# K&L GATES

Invoice # 3632007
0441336.00042
Page 3 of 4

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | review ████ ████; teleconference with ██ ████ ████; telephone call ████ | |
| 11/16/18 | M. D. Cuda | 1.10 | Teleconference with ██ ████; meeting with ████; review ████; teleconference with ████ ████ | 797.50 |
| 11/16/18 | C. J. Fernandez | 0.30 | Discuss ████ | 180.00 |
| 11/18/18 | M. D. Cuda | 0.50 | Review ████; draft ████ ████ ████ | 362.50 |
| 11/19/18 | M. D. Cuda | 0.50 | Review ████ ████; respond to same; draft ████; review ████; respond to same; draft ████ | 362.50 |
| 11/20/18 | M. D. Cuda | 0.90 | Review ████ ████; respond to same; draft ████; review ████; review ████; draft ████; distribute ████ | 652.50 |
| 11/20/18 | C. J. Fernandez | 0.30 | Review ████ | 180.00 |
| 11/26/18 | M. D. Cuda | 0.40 | Review ████ | 290.00 |

# K&L GATES

Invoice # 3632007
0441336.00042
Page 4 of 4

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | ████████████████; draft ███████ ████████████ ████████ | |
| 11/27/18 | M. D. Cuda | 0.80 | Review ███████████ ████████████████ ████████████draft ██████████████████ | 580.00 |
| | | | ████████████████; review ██████████████; draft ███████ ████████████████ ████████████ | |
| 11/28/18 | M. D. Cuda | 0.40 | Review ██████████ ████████; review ████████████; respond to same regarding ██████████ | 290.00 |
| | | **TOTAL FEES** | 15.30  hrs | $ 9,870.00 |



### TIMEKEEPER SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| C. A. Brown | 1.70 | hrs at | $ | 400.00 / hr | 680.00 |
| M. D. Cuda | 9.80 | hrs at | $ | 725.00 / hr | 7,105.00 |
| C. J. Fernandez | 3.20 | hrs at | $ | 600.00 / hr | 1,920.00 |
| E. M. Hicks | 0.60 | hrs at | $ | 275.00 / hr | 165.00 |
| TOTAL FEES | 15.30 | hrs | | | $ 9,870.00 |

### DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Long Distance Courier | 49.03 |
| DISBURSEMENTS & OTHER CHARGES | $ 49.03 |

# K&L GATES

**K&L GATES LLP**
HEARST TOWER, 47TH FLOOR
214 NORTH TRYON STREET
CHARLOTTE, NC 28202
T  704.331.7400   F  704.331.7598   klgates.com
Tax ID No. 25 0921018

Rialto Capital Advisors, LLC
790 NW 107th Avenue, Suite 400
Miami, FL  33172

| | | |
|---|---|---|
| Invoice Date | : | March 25, 2019 |
| Invoice Number | : | 3632002 |
| Services Through | : | October 31, 2018 |

**0441336.00042     Northbelt LLC**

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 4,491.50 |
| Disbursements and Other Charges | $ | 664.60 |
| **CURRENT INVOICE DUE** | **$** | **5,156.10** |

Due and Payable upon Receipt

Mail To:   K&L Gates LLP, P.O. Box 844255, Boston, MA 02284-4255

Overnight/Courier:   PNC Bank C/O K&L Gates LLP, Lockbox #844255, 20 Commerce Way - Ste 800, Woburn, MA 01801-1057

Wire/ACH/EDI Instructions:   Receiving Bank:  PNC Bank N A,          Beneficiary: K&L Gates LLP          Routing/ABA: 043000096
                            500 First Ave 92            Acct No.: 1077692783            Swift Code: PNCCUS33
                            Pittsburgh, PA 15219
Please reference client/matter number in electronic payment details and email the remittance advice to AccountsReceivableSEA@klgates.com with invoice number(s) and amounts.

# K&L GATES

## **FEES**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 10/03/18 | C. J. Fernandez | 0.20 | Prepare communications regarding ███ | 120.00 |
| 10/04/18 | C. J. Fernandez | 0.30 | Attention to ███ | 180.00 |
| 10/12/18 | C. J. Fernandez | 0.30 | Confer with ███ | 180.00 |
| 10/15/18 | C. J. Fernandez | 0.30 | Confer with ███ | 180.00 |
| 10/16/18 | M. D. Cuda | 1.20 | Review ███ meeting with ███ ; teleconference with ███ | 870.00 |
| 10/16/18 | C. J. Fernandez | 1.00 | Prepare ███ | 600.00 |
| 10/17/18 | C. J. Fernandez | 0.80 | Prepare ███ | 480.00 |
| 10/18/18 | P. O. Farrell | 0.50 | Review ███ draft e-mail to ███ | 172.50 |
| 10/18/18 | C. J. Fernandez | 0.70 | Attention to ███ prepare ███ | 420.00 |
| 10/23/18 | P. O. Farrell | 0.70 | Follow up telephone call t ███ ; review ███ ; draft e-mail to ███ | 241.50 |
| 10/23/18 | C. J. Fernandez | 0.30 | Review ███ ; confer with ███ | 180.00 |

# K&L GATES

Invoice # 3632002
0441336.00042
Page 3 of 3

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 10/24/18 | C. J. Fernandez | 0.20 | Communications with ▓ | 120.00 |
| 10/31/18 | M. D. Cuda | 0.70 | Teleconference with ▓ ▓ ▓ related teleconference with ▓ | 507.50 |
| 10/31/18 | C. J. Fernandez | 0.40 | Attention to ▓ | 240.00 |
|  | | TOTAL FEES | 7.60  hrs | $ 4,491.50 |

## TIMEKEEPER SUMMARY

| Name | Hours | | Rate | | Amount |
|------|-------|---|------|---|--------|
| M. D. Cuda | 1.90 | hrs at | $ 725.00 | / hr | 1,377.50 |
| P. O. Farrell | 1.20 | hrs at | $ 345.00 | / hr | 414.00 |
| C. J. Fernandez | 4.50 | hrs at | $ 600.00 | / hr | 2,700.00 |
| TOTAL FEES | 7.60 | hrs | | | $ 4,491.50 |

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Copying Expense | 96.60 |
| Title Reports | 568.00 |
| DISBURSEMENTS & OTHER CHARGES | $ 664.60 |

# K&L GATES

**K&L GATES LLP**
HEARST TOWER, 47TH FLOOR
214 NORTH TRYON STREET
CHARLOTTE, NC 28202
T  704.331.7400   F  704.331.7598   klgates.com
Tax ID No. 25 0921018

| | | | |
|---|---|---|---|
| Rialto Capital Advisors, LLC | Invoice Date | : | March 25, 2019 |
| 790 NW 107th Avenue, Suite 400 | Invoice Number | : | 3632000 |
| Miami, FL  33172 | Services Through | : | September 30, 2018 |

**0441336.00042     Northbelt LLC**

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 3,730.00 |
| **CURRENT INVOICE DUE** | **$** | **3,730.00** |

Due and Payable upon Receipt

Mail To:  K&L Gates LLP, P.O. Box 844255, Boston, MA 02284-4255

Overnight/Courier:  PNC Bank C/O K&L Gates LLP, Lockbox #844255, 20 Commerce Way - Ste 800, Woburn, MA 01801-1057

Wire/ACH/EDI Instructions:  Receiving Bank: PNC Bank N A,          Beneficiary: K&L Gates LLP          Routing/ABA: 043000096
                                                500 First Ave 92                    Acct No.: 1077692783              Swift Code: PNCCUS33
                                                Pittsburgh, PA 15219

Please reference client/matter number in electronic payment details and email the remittance advice to AccountsReceivableSEA@klgates.com with invoice number(s) and amounts.

# K&L GATES

Invoice # 3632000
0441336.00042
Page 2 of 2

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 09/21/18 | M. D. Cuda | 3.30 | Teleconferences with ████ review related ████; drafting and revising related ████; discussions with ████; distribute ████; review ████; prepare and distribute | 2,392.50 |
| 09/21/18 | C. J. Fernandez | 2.00 | Prepare and revise ████; plan strategy in regards to ████ prepare ████ | 1,200.00 |
| 09/21/18 | E. M. Hicks | 0.50 | Northbelt; review ████ | 137.50 |
| | TOTAL FEES | 5.80 hrs | | $ 3,730.00 |

## TIMEKEEPER SUMMARY

| | | | | | | |
|---|---|---|---|---|---|---|
| M. D. Cuda | 3.30 | hrs at | $ | 725.00 | / hr | 2,392.50 |
| C. J. Fernandez | 2.00 | hrs at | $ | 600.00 | / hr | 1,200.00 |
| E. M. Hicks | 0.50 | hrs at | $ | 275.00 | / hr | 137.50 |
| TOTAL FEES | | 5.80 hrs | | | | $ 3,730.00 |